DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY TONY,** as Sheriff of Broward County,
Appellant,

v.

**CHADWICK WAGNER,**
Appellee.

No. 4D20-1898

[March 4, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE19-009731.

Carmen Rodriguez of Law Offices of Carmen Rodriguez, P.A., Palmetto Bay, for appellant.

Tonja Haddad Coleman of Tonja Haddad, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***